IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT
ABERDEEN DIVISION

**UNITED STATES OF AMERICA**                    **PLAINTIFF**

V.                                           CRIMINAL CASE NO. **4:21CR36**
                                                   21 U.S.C. § 841 (a)(1)

**ANTUWAN JONES**
a/k/a "Bird"                                                        **DEFENDANT**

## AGREED ORDER

THIS DAY this cause, having come on for hearing upon the joint *ore tenus* Motion of the parties for an Order allowing A.E. "Rusty" Harlow, Jr. to withdraw as attorney of record for Antuwan Jones and allowing J. Ryan Taylor and Alan D. Lancaster to be substituted as counsel for Defendant. IT IS, THEREFORE, ORDERED AND ADJUDGED that A.E. "Rusty" Harlow, Jr. is hereby allowed to withdraw as attorney of record for Antuwan Jones and is hereby relieved of any further legal obligations and that J. Ryan Taylor and Alan D. Lancaster are hereby substituted as attorneys of record for Antuwan Jones.

SO ORDERED, ADJUDGED AND DECREED on this the 25th day of June, A.D., 2021.

_____
U.S. MAGISTRATE

AGREED TO:

_____
J. RYAN TAYLOR, MSB#104164

AGREED AS TO FORM AND ENTRY:

_____
A. E. "RUSTY" HARLOW, MSB # 3089

_____
JAMES STEPHEN HALE, JR. MSB # 102137